UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22818-CIV-SEITZ/SIMONTON

JOHN RAMSEY,
and AMANDA RAMSEY,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISE LINES LTD.,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

This matter came before the Court on Plaintiffs' Motion to Compel (DE # 21). The Honorable Patricia A. Seitz has referred discovery matters in this case to the undersigned Magistrate Judge (DE ## 8, 19). On April 20, 2011, the undersigned held a hearing on Plaintiffs' Motion. The Court ruled on Plaintiffs' Motion at the hearing, stating the reasons for the ruling on the record. This Order sets forth this ruling, summarizes the reasons for it stated at the hearing, and incorporates by reference such reasons. Having heard from the parties, and for the reasons stated on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Compel (DE # 21) is **GRANTED**. The undersigned finds that the video in question does that constitute attorney work product and finds no other reasons requiring protection of the video from production. *See Schulte v. NCL (Bahamas) Ltd.*, No. 10-23265-CIV-MOORE, 2011 WL 256542, slip op. at 4 (S.D. Fla. Jan. 25, 2011). Further, the undersigned finds that there is no reason under the circumstances of this case to delay the production of the video until after the deposition of the minor, Christopher Ramsey. Therefore, Defendant shall produce a copy of the video to Plaintiffs on or before Monday, May 2, 2011.

**DONE AND ORDERED** in Miami, Florida, on April 21, 2011.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished via CM/ECF to:
   Counsel of Record